NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JORGE E. ROQUE,**
*Claimant-Appellant,*

v.

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7091

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 10-2477, Judge Alan G. Lance Sr.

---

**JUDGMENT**

---

KENNETH M. CARPENTER, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

MARTIN F. HOCKEY, JR., Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were STUART F. DELERY, Principal Deputy Assistant Attorney General, JEANNE E. DAVIDSON, Director, and ALLISON KIDD-MILLER, Senior Trial Counsel. Of counsel on the brief

were MICHAEL J. TIMINSKI, Deputy Assistant General Counsel, and RACHAEL T. BRANT, Attorney, Office of General Counsel, United States Department of Veterans Affairs, of Washington, DC. Of counsel were JACOB ALDEN SCHUNK, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC; and TRACEY PARKER WARREN, Attorney, Office of General Counsel, United States Department of Veterans Affairs, of Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, BRYSON, and WALLACH, *Circuit Judge*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


June 4, 2013                    /s/ Jan Horbaly
   Date                          Jan Horbaly
                                    Clerk